UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

JENNA DENISE HILLARD,

        Debtor.

Case No. 23-cv-01461-JSW

**ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED**

Re: Dkt. No. 1

On March 28, 2023, Jerry Duarte ("Appellant") filed a notice of appeal from a decision of the Bankruptcy Court, which sustained Debtor Jenna Denise Hillard's objection to Appellant's claim. There has been no further action in this case. Accordingly, by no later than October 10, 2023, Appellant shall show cause why this appeal should not be dismissed for failure to prosecute.

If Appellant fails to file a response by that date, the Court will dismiss the appeal without further notice and shall close the file.

**IT IS SO ORDERED**.

Dated: September 26, 2023

JEFFREY S. WHITE
United States District Judge