1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

IN RE: JENNA DENISE HILLARD,

Case No.  23-cv-01461-JSW

8

Debtor.

9

**ORDER TO APPELLEE TO SHOW CAUSE**

10

Re: Dkt. Nos. 1-2, 8

11
12
13

On March 28, 2023, Appellant Jerry Duarte filed a notice of appeal of an order of the

14

Bankruptcy Court, and on November 15, 2023, he filed his opening brief.  Appellee's brief was

15

due on December 15, 2023.  As of the date of this Order, Appellee has not filed her brief.

16

Accordingly, Appellee is hereby Order to Show Cause why the appeal should not be

17

granted as unopposed.  Appellee's response to this Order shall be due by January 5, 2024.

18

**IT IS SO ORDERED**.

19

Dated: December 18, 2023

20
21

JEFFREY S. WHITE
United States District Judge

22
23
24
25
26
27
28